# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE No.: 6:24-cv-01795-PGB-LHP

MICHAEL R. MCNEIL,

  Plaintiff,

vs.

JAMES W. CORWIN, et al.,

  Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff MICHAEL R. MCNEIL, by and through his undersigned counsel, hereby files this Notice of Settlement, to advise the Court that Plaintiff has reached settlement of the claims in the above-styled action as to Defendants, JAMES W. CORWIN, and KAVAJAVA, LLC. The Parties are in the process of finalizing formal settlement.

Respectfully submitted this 7th day of February 2025.

                                       By:/s/Sara Howeller, Esq._____
                                       Sara Howeller, Esq.
                                       Florida Bar Number: 847100
                                       Attorney for Plaintiff
                                       The Law Offices of Sara Howeller
                                       1732 Ronald Reagan Blvd
                                       Longwood, Florida 32750
                                       Telephone: 407-977-7822
                                       Facsimile: 844-300-7287
                                       Email: DHoweller@gmail.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 7th day of February 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

              By: /s/Sara Howeller, Esq._____
              Sara Howeller, Esq.
              Florida Bar Number: 847100
              Attorney for Plaintiff
              The Law Offices of Sara Howeller
              1732 Ronald Reagan Blvd
              Longwood, Florida 32750
              Telephone: 407-977-7822
              Facsimile: 844-300-7287
              Email: DHoweller@gmail.com